AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

TODD DAVID MAINZER,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:   3:09-CV-00388-HDM (RAM)

E. K. McDANIEL, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

  August 31, 2009                                   **LANCE S. WILSON**
                                                                         Clerk

                                                                         /s/ M. Campbell
                                                                         Deputy Clerk